LISA MONPERE, Appellant, v MICHAEL SIZE, Doing Business as SIZE APPRAISAL ASSOCIATES, Respondent. [816 NYS2d 398]—Appeal from an order of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered August 23, 2005 in a breach of contract action. The order granted defendant's motion for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Green, Pine and Hayes, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYWANA E. ROYAL, Appellant. [815 NYS2d 871]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered July 21, 2004. The judgment convicted defendant, upon her plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (see People v Lopez, 6 NY3d 248, 256 [2006]). Present—Kehoe, J.P., Gorski, Martoche, Pine and Hayes, JJ.